# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                **PLAINTIFF**

V.                              NO. 3:23-cv-00206-LPR-ERE

**DOES**                                                                            **DEFENDANTS**

## ORDER

On December 11, 2023, *pro se* plaintiff Rubby James Gray filed a notice of change of address indicating that he has been released from custody and is currently residing at a private address. *Doc. 12.* Considering his release, it is unclear whether Mr. Gray is still entitled to proceed *in forma pauperis*.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Mr. Gray a free-world application to proceed *in forma pauperis.*

2. If Mr. Gray wishes to continue pursuing this lawsuit, he must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world application to proceed *in forma pauperis;* or (b) pay the $402 filing fee for this action.[2]

---

[1] According to the Court's records, Mr. Gray has not paid any money toward the filing fee that the Court assessed in October 2023. *Doc. 7.*

[2] Because he has been released, Mr. Gray no longer qualifies for the reduced fee of $350.

3. If Mr. Gray does not timely comply with this Order, this case is likely to be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED 13 December 2023.

_____
UNITED STATES MAGISTRATE JUDGE