IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                             **PLAINTIFF**

V.                             **NO. 3:23-cv-00206-LPR-ERE**

**DOES,** *et al.*                                                          **DEFENDANTS**

## ORDER

On October 6, 2023, *pro se* plaintiff Rubby James Gray, an inmate at the Poinsett County Detention Center ("Detention Center"), filed this civil rights lawsuit under 42 U.S.C. § 1983 alleging that: (1) the conditions of his confinement are unconstitutional; and (2) Detention Center staff have failed to provide him constitutionally adequate medical care. *Doc. 1*.

On October 30, 2023, the Court entered an Order detailing the problems (or deficiencies) in Mr. Gray's original complaint and delaying the screening process to give Mr. Gray the opportunity to file an amended complaint. *Doc. 7*.

On November 14, 2023, Mr. Gray filed his amended complaint. *Doc. 8*. However, Mr. Gray's amended complaint also had problems preventing it from surviving the screening process.

Rather than screen Mr. Gray's amended complaint and recommend dismissal, the Court provided Mr. Gray a final opportunity to amend his complaint. *Doc. 9*. Mr. Gray has now filed his second amended complaint. *Doc. 13*.

Mr. Gray's second amended complaint alleges that: (1) his exposure to black mold at the Detention Center has caused him to suffer breathing problems; (2) Defendants B.J. Carter, Sergeant Tabath, and Lieutenant Regina Hindman are aware of these conditions, but have failed to remedy the situation; (3) Defendants Susan Duffel and Dr. Houchin have ignored his requests for medical treatment; and (4) the jail kiosk machine does not operate properly. *Id*. Mr. Gray sues each Defendant in both his or her individual and official capacity seeking only injunctive relief.

For screening purposes, Mr. Gray has stated: (1) unconstitutional conditions of confinement claims against Defendants Carter, Tabatha, and Regina; and (2) a individual capacity medical deliberate indifference claim against Defendants Duffel and Houchin. Service of those claims is now proper.

The Court will address Mr. Gray's official capacity claims and his claim regarding the Detention Center's kiosk machine in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants B.J. Carter, Regina Hindman, Tabath, Dr. Houchin, and Susan Duffel.

2. The United States Marshal is directed to serve these Defendants with a summons and a copy of the complaint and the amended complaints (with any attachments) (*Docs. 1, 8, 13*), without requiring prepayment of fees and costs or security. Service for these Defendants should be attempted through the Poinsett

County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas 72432. ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

3. In his second amended complaint, Mr. Gray does not name any unidentified Does as Defendants. Accordingly, the Clerk is instructed to terminate the Doe Defendants. See *Doc. 7 at 5*.

SO ORDERED 8 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE