**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**RUBBY JAMES GRAY**                                                       **PLAINTIFF**

**V.**                                  **NO. 3:23-cv-00206-LPR-ERE**

**DOES**                                                                       **DEFENDANTS**

**ORDER**

A summons has been returned unexecuted for Defendant Elizabeth Norman.

*Doc. 11*. The returned summons indicates that the addressee "refused" service. *Id.*

*at 2*.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is instructed to issue a new summons for Defendant Norman.

2.      The United States Marshal is directed to **personally** serve Defendant

Norman with the summons and a copy of the complaint and the amended complaint

(*Docs. 1, 6*), with any attachments, without prepayment of fees and costs or posting

security. Service for Defendant Norman should be made at the Lonoke County Jail,

440 Dee Dee Lane, Lonoke, Arkansas 72086.

SO ORDERED 11 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE