IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                         **PLAINTIFF**

V.                         NO. 3:23-cv-00206-LPR-ERE

**BYRON CARTER,** *et al.*                                                                   **DEFENDANTS**

## ORDER

On April 17, 2024, mail sent to *pro se* plaintiff Rubby James Gray from the Court was returned as undeliverable with the notation "Not at this Address." *Doc. 41*.

Mr. Gray has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Gray regarding this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      If Mr. Gray wants to pursue this case, he must notify the Court of his current address within 30 days.

2.      Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

SO ORDERED 19 April 2024.

_____
UNITED STATES MAGISTRATE JUDGE