IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                                **PLAINTIFF**

v.                                     No. 3:23-cv-00206-LPR-ERE

**BYRON CARTER, et al.**                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 16). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's official capacity claims against Defendants are DISMISSED without prejudice based on Plaintiff's failure to state a plausible constitutional claim for relief. Plaintiff's claim relating to his access to the Detention Center's kiosk machine is DISMISSED without prejudice based on improper joinder and failure to state a plausible constitutional claim for relief.

IT IS SO ORDERED this 25th day of April 2024.

                                                    _____
                                                    LEE P. RUDOFSKY
                                                    UNITED STATES DISTRICT JUDGE