# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                                   **PLAINTIFF**

V.                                       NO. 3:23-cv-00206-LPR-ERE

**DOES,** *et al.*                                                                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact, and Judge Rudofsky can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

On October 6, 2023, *pro se* plaintiff Rubby James Gray, formerly an inmate at the Poinsett County Detention Center, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 1*.

On April 17, 2024, mail sent to Mr. Gray from the Court was returned as undeliverable with the notation "Not at this Address." *Doc. 41*.

On April 19, the Court ordered Mr. Gray to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 42.* To date, he has not responded to the Court's April 19 Order, and the time to do so has passed.

Mr. Gray has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Gray regarding his lawsuit.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Gray's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's April 19 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

DATED 28 May 2024.

_____
UNITED STATES MAGISTRATE JUDGE