# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                                 **PLAINTIFF**

**v.**                               **Case No. 3:23-cv-00206-LPR**

**BYRON CARTER, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered yesterday and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE